AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, STORY OF STUFF PROJECT, and COURAGE CAMPAIGN INSTITUTE, <br><br> *Plaintiff(s)* <br> v. <br> see attached <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:15-cv-02098 JGB (DTBx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jody Noiron, Forest Supervisor San Bernardino National Forest, 602 S. Tippecanoe Ave., San Bernardino, CA 92408;
Randy Moore, Pacific Southwest Regional Forester, 1323 Club Drive, Vallejo, CA 94592;
United States Forest Service, 1400 Independence Ave., SW, Washington, D.C. 20250-1111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel S. Doughty
Greenfire Law
1202 Oregon Street
Berkeley, CA 94702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Margo Mead*

Date:   10/15/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15-cv-02098 JGB (DTBx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Randy Moore, Regional Forester
was received by me on *(date)* 10/15/15.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* by certified mail to Randy Moore at the address on the Summons pursuant to FRCP 4(i)(C)(2)
# 7015 1660 0000 7463 6086

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/16/15

*Server's signature*

Irina Titova, Legal Assistant
*Printed name and title*

Greenfire Law, 1202 Oregon St.,
Berkeley, CA 94702
*Server's address*

Additional information regarding attempted service, etc:

Included in Service Packet: Summons, CCCS, Complaint, Notice of Interested Party for each Plaintiff (3 total), Order of Assigned Judge, ADR Order, Judge Bernal's Standing Order, Application Pro Hac Vice, Proposed Order on Application Pro Hac Vice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, STORY OF STUFF PROJECT, and COURAGE CAMPAIGN INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, RANDY MOORE, in his official capacity as Pacific Southwest Regional Forester, and JODY NOIRON, in her official capacity as Forest Supervisor for the San Bernardino National Forest,<br><br>Defendants. | Case No. 5:15-cv-2098<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

## I. INTRODUCTION

1. This is an action for declaratory and injunctive relief brought by Plaintiffs the Center for Biological Diversity ("the Center"), Story of Stuff Project ("the Project"), and Courage Campaign Institute ("Courage Campaign"), in connection with actions and inactions of the United States Forest Service ("USFS") in relation to water diversion and transmission facilities constructed and operating on USFS land in and near the West Fork of Strawberry Creek ("West Strawberry Diversion Structures") in the San Bernardino National Forest. This facility is operated by Nestlé Waters North America, Inc. ("Nestlé"), in order to supply its

Complaint for Declaratory and Injunctive Relief
Case No. 5:15-cv-2098

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randy Moore
Pacific Southwest Regional Forester
1323 Club Drive
Vallejo, CA 94592

9590 9401 0047 5168 2761 20

2. Article Number *(Transfer from service label)*

7015 1660 0000 7463 6086

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
x Suzy Cameron ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* SUZY CAMERON

C. Date of Delivery 10-19-2015

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

7015 1660 0000 7463 6086

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

VALLEJO, CA 94592

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.80 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.08 |
| Total Postage and Fees | $8.33 |

0052
21
Postmark Here
10/16/2015
Summons

Sent To: Randy Moore
Street: Pacific Southwest Regional Forester
1323 Club Drive
City: Vallejo, CA 94592

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions



