| | |
|---|---|
| 1 | Rachel Doughty, Bar No: 255904    (828) 424-2005 |
| 2 | GreenFireLaw |
|   | 1202 Oregon St. |
| 3 | Berkeley, CA  94702 |
| 4 | Representing: Plaintiff          File No.none |

United States District Court, Central District of California

Central District of California - District - Riverside

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. ) | Case No: 5:15-cv-02098 |
| ) | |
| Plaintiff/Petitioner ) | Proof of Service of: |
| vs. ) | Complaint, Civil Case Cover Sheet, Notice of Interested Party Story of Stuff, Notice of Interested Party Courage Campaign, Notice of Interested Party Center for Biological Diversity, Application Pro Hac Vice Kenna, Attachment: Proposed Order on Pro Hac Vice Application, Notice of Assignment of Judge, Notice ADR, Summons, Standing Order |
| ) | |
| UNITED STATES FOREST SERVICE, et al. ) | |
| ) | |
| Defendant/Respondent ) | |
| ) | |
|   | Service on: |
|   | United States Forest Service, An Agency of the U.S. Department of Agriculture |
|   | |
|   | Hearing Date: |
|   | Hearing Time: |
|   | Div/Dept: |

PROOF OF SERVICE

OL# 8602847

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Rachel Doughty, 255904<br>GreenFireLaw<br>1202 Oregon St.<br>Berkeley, CA  94702 | (828) 424-2005 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Central District of California
3470 12th Street
Riverside, CA  92501-3801

PLAINTIFF:
CENTER FOR BIOLOGICAL DIVERSITY, et al.

DEFENDANT:
UNITED STATES FOREST SERVICE, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>5:15-cv-02098 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Notice of Interested Party Story of Stuff, Notice of Interested Party Courage Campaign, Notice of Interested Party Center for Biological Diversity, Application Pro Hac Vice Kenna, Attachment: Proposed Order on Pro Hac Vice Application, Notice of Assignment of Judge, Notice ADR, Summons, Standing Order Judge Bernal

2. Party Served: United States Forest Service, An Agency of the U.S. Department of Agriculture

3. Person Served: Pat Myers - Person authorized to accept service of process

a. Left with: Pat Myers- Person in Charge of Office

4. Date & Time of Delivery: 10/19/2015    4:00 PM

*By Fax*

5. Address, City and State: 300 N. Loss Angeles St. Ste. 7516
Los Angeles, CA  90012

6. Manner of Service: By leaving the copies with or in the presence of Pat Myers, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $91.40

Registered California process server.
County: LOS ANGELES
Registration No.: 4553

Jimmy Lizama One Legal - 194-Marin 504
Redwood Blvd #223 Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/20/2015 at Los Angeles, California.

Signature: _____
Jimmy Lizama
OL# 8602847

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Rachel Doughty, 255904 <br> GreenFireLaw <br> 1202 Oregon St. <br> ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.: <br> (828) 424-2005 <br><br> Ref. No. or File No. <br> none | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br> United States District Court, Central District of California <br> 3470 12th Street <br> Riverside, CA 92501-3801 | | |
| PLAINTIFF: <br> CENTER FOR BIOLOGICAL DIVERSITY, et al. | | |
| DEFENDANT: <br> UNITED STATES FOREST SERVICE, et al. | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> 5:15-cv-02098 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 10/20/2015, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Notice of Interested Party Story of Stuff, Notice of Interested Party Courage Campaign, Notice of Interested Party Center for Biological Diversity, Application Pro Hac Vice Kenna, Attachment: Proposed Order on Pro Hac Vice Application, Notice of Assignment of Judge, Notice ADR, Summons, Standing Order Judge Bernal

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

United States Forest Service, An Agency of the U.S. Department of Agriculture
Pat Myers
300 N. Loss Angeles St., Ste. 7516
Los Angeles, CA 90012

By Fax

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $91.40

Arthur Kazarian
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/20/2015 at Los Angeles, California.

*/s/ Arthur Kazarian*

Arthur Kazarian

OL# 8602847