Lisa T. Belenky (CA Bar No. 203225)
lbelenky@biologicaldiversity.org
Justin Augustine (CA Bar No. 235561)
jaugustine@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone:  (510) 844-7107
Facsimile: (510) 844-7150

*Attorneys for Plaintiff*
*Center for Biological Diversity*

Rachel S. Doughty (CA Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW
1202 Oregon Street
Berkeley, CA 94702
Telephone: (828) 333-4703
Facsimile: (510) 900-6262

Matt Kenna (CO Bar No. 22159)
matt@kenna.net
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
Telephone: (970) 385-6941
Applicant *Pro Hac Vice*

Douglas P. Carstens (CA Bar No. 193439)
dpc@cbcearthlaw.com
CHATTEN-BROWN & CARSTENS
2200 Pacific Coast Highway, Ste. 318
Hermosa Beach, CA 90254
Telephone: (310) 798-2400
Facsimile: (310) 798-2402

*Attorneys for Plaintiffs Story of Stuff*
*and Courage Campaign*

NOTICE OF MOTION AND MOTION
5:15−cv−02098−JGB−DTB

1

2

3

4

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

CENTER FOR BIOLOGICAL
DIVISION et al.,

     Plaintiffs,

     vs.

UNITED STATES FOREST SERVICE,
et al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:15−cv−02098−JGB−DTB

**PLAINTIFFS' NOTICE OF MOTION
AND MOTION FOR SUMMARY
JUDGMENT [Rule 56]**

**Filed Concurrently Herewith: (1)
Memorandum in Support of Motion for
Summary Judgment, (2) Declarations of
Rachel Doughty, Ileene Anderson, Steve
Loe, and Amanda Frye (3) Proposed
Order**

DATE:       January 25, 2016
TIME:       9:00 a.m.
COURTROOM: 1
TRIAL:      None Set
ACTION FILED: October 13, 2015

20

21

22

                  **<u>NOTICE OF MOTION AND MOTION</u>**

TO DEFENDANTS AND THEIR ATTORNEYS:

23

24

25

26

27

     NOTICE IS HEREBY GIVEN that on January 25, 2016, at 9:00 a.m. or as
soon thereafter as counsel may be heard, in Courtroom #1 of the United States
District Court, Central District of California, 3470 Twelfth Street, Riverside,
California plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, STORY OF
STUFF PROJECT, and COURAGE CAMPAIGN, pursuant to Fed. R. Civ. P. 56

28

NOTICE OF MOTION AND MOTION
5:15−cv−02098−JGB−DTB

and Local Rule 56, by and through counsel, will and hereby do move for summary judgment in the above captioned matter. Plaintiffs respectfully submit that no genuine issue of material fact exists in this matter and therefore, as a matter of law, they are entitled to a judgment in their favor that the challenged action by the United States Forest Service is arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law. Accordingly, plaintiffs respectfully request that this Court enter an order that:

(1)     Declares that Defendants' action allowing operation of Nestlé's pipeline and water extraction facilities in the absence of a valid special use permit is an illegal license, violating FLPMA and the APA;

(2)     Sets aside this illegal license unless and until Defendants comply with FLPMA, NFMA, NEPA, and the APA in connection with Nestlé's diversion of water from the Strawberry Creek watershed;

(3)     Grants Plaintiffs their fees, costs, expenses and disbursements, including reasonable attorneys' fees as provided by the Equal Access to Justice Act, 28 U.S.C. § 2412; and

(4)     Grants Plaintiffs such additional and further relief as the Court deems just and proper.

This motion is based upon this notice of motion and motion, the attached Memorandum in Support of Motion for Summary Judgment, the Declaration of Rachel S. Doughty, the Declarations of Ileene Anderson, Steve Loe, and Amanda Frye, and any other relevant matter to be considered by the Court.

This motion is made without the conference of counsel required pursuant to Local Rule 7-3, as the Defendants have not yet made an appearance in this matter and counsel are unknown.  Plaintiffs expect that this motion will be opposed.

NOTICE OF MOTION AND MOTION                                                    1
 5:15−cv−02098−JGB−DTB

1

2                                      Respectfully submitted,

3

4    November 24, 2015                  /s/Lisa T. Belenky
                                        Lisa T. Belenky (CA Bar No. 203225)
5                                       Justin Augustine (CA Bar No. 235561)
                                        Center for Biological Diversity
6                                       1212 Broadway, Suite 800
7                                       Oakland, CA 94612
                                        Telephone: (510) 844-7107
8                                       Facsimile: (510) 844-7150
9                                       lbelenky@biologicaldiversity.org
                                        jaugustine@biologicaldiversity.org
10

11                                      *Attorneys for Plaintiff*
                                        *Center for Biological Diversity*
12

13                                      /s/Rachel Doughty
                                        Rachel Doughty (CA Bar No. 255904)
14                                      Greenfire Law
15                                      1202 Oregon Street
                                        Berkeley, CA 94702
16                                      Telephone: (828) 424-2005
17                                      Facsimile: (510) 900-6262

18                                      /s/Matt Kenna
19                                      Matt Kenna (CO Bar No. 22159)
                                        Public Interest Environmental Law
20                                      679 E. 2nd Ave., Suite 11B
21                                      Durango, CO  81301
                                        (970) 385-6941
22                                      matt@kenna.net
23                                      Applicant *Pro Hac Vice*

24                                      *Attorneys for Plaintiffs Story of Stuff Project*
25                                      *and Courage Campaign Institute*

26

27   NOTICE OF MOTION AND MOTION                                              2
28   5:15−cv−02098−JGB−DTB