1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Federal Defendants. | CASE NO.:  5:15-CV-02098-JGB-DTB <br><br> [Hon. Jesus G. Bernal] <br><br> **[PROPOSED] ORDER GRANTING MOTION OF NESTLÉ WATERS NORTH AMERICA INC. FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF** <br><br> Complaint Filed:  October 13, 2015 <br> Trial Date:       None Set |

The Court has fully considered the Motion for Leave to File an Amicus Curiae Brief filed by Nestlé Waters North America Inc. ("NWNA"), and any response and reply thereto. This Court has broad discretion regarding the appointment of *amici*. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), abrogated in part on other grounds by *Sandin v. Conner*, 515 U.S. 472 (1995); *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991). NWNA's participation will aid the Court in its consideration of the pending cross-motions for summary judgment and, in particular, in determining whether any remedy is appropriate.

Accordingly, good cause having been shown, IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk is directed to file the lodged *amicus curiae* brief.

Dated: _____        _____
                                    The Honorable Jesus G. Bernal
                                    United States District Court Judge

Respectfully Submitted By:

Robert M. Johnson (CA Bar No. 140935)
rjohnson@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2004
Facsimile: (213) 532-2020

Andrew J. Turner (D.C. Bar No. 471179)
aturner@hunton.com
Karma B. Brown (D.C. Bar No. 479774)
kbbrown@hunton.com
(*Pro Hac Vice* Applications Pending)
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Attorneys for Movant Amicus Curiae,
Nestlé Waters North America Inc.*

[Proposed] Order Granting Motion of Nestlé Waters North America Inc.
For Leave to File an *Amicus Curiae* Brief