| | |
|---|---|
| 1 | Robert M. Johnson (CA Bar No. 140935) |
| | rjohnson@hunton.com |
| 2 | **HUNTON & WILLIAMS LLP** |
| | 550 South Hope Street, Suite 2000 |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 532-2004 |
| 4 | Facsimile: (213) 532-2020 |
| 5 | Andrew J. Turner (D.C. Bar No. 471179) |
| | aturner@hunton.com |
| 6 | Karma B. Brown (D.C. Bar No. 479774) |
| | kbbrown@hunton.com |
| 7 | (*Pro Hac Vice* Applications Pending) |
| | **HUNTON & WILLIAMS LLP** |
| 8 | 2200 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| 9 | Telephone: (202) 955-1500 |
| | Facsimile: (202) 778-2201 |

*Attorneys for Movant Amicus Curiae,*
*Nestlé Waters North America Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | CASE NO.: 5:15-CV-02098-JGB-DTB |
| Plaintiffs, | [Hon. Jesus G. Bernal] |
| v. | **NOTICE OF INTERESTED PARTIES** |
| UNITED STATES FOREST SERVICE, *et al.*, | Complaint Filed: October 13, 2015 |
| Federal Defendants. | Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Movant *Amicus Curiae* Nestlé Waters North America Inc. ("NWNA"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  NWNA is a corporation organized under the laws of the State of Delaware.  NWNA is not publicly traded.

2.  Nestlé S.A. is a société anonyme organized under the laws of Switzerland.  Nestlé S.A. is the ultimate parent company of NWNA and is publicly traded.

3.  Campus Crusade for Christ, Inc. is a nonprofit religious corporation organized under the laws of the State of California.  Campus Crusade for Christ, Inc. is not publicly traded.  Campus Crusade for Christ, Inc. has a contractual right to a portion of the spring water from the Arrowhead Springs.

4.  Arrowhead Springs Corporation is a corporation organized under the laws of the State of California.  Arrowhead Springs Corporation is not publicly traded.  Arrowhead Springs Corporation has a contractual right to a portion of the spring water from the Arrowhead Springs.

5.  NWNA is not aware of any other corporations, unincorporated associations, partnerships or other business entities which are not parties that have a financial interest in the outcome of the litigation.

Dated:  May 6, 2016

**HUNTON & WILLIAMS LLP**

By:  /s/  Robert M. Johnson
Robert M. Johnson (CA Bar No. 140935)
rjohnson@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071
Telephone: (213) 532-2004
Facsimile: (213) 532-2020

| | |
|---|---|
| 1 | Andrew J. Turner (D.C. Bar No. 471179) |
| 2 | aturner@hunton.com |
| | Karma B. Brown (D.C. bar No. 479774) |
| 3 | kbbrown@hunton.com |
| | (*Pro Hac Vice* Application pending) |
| 4 | **HUNTON & WILLIAMS LLP** |
| | 2200 Pennsylvania Avenue, NW |
| 5 | Washington, D.C. 20037 |
| | Telephone: (202) 955-1500 |
| 6 | Facsimile: (202) 778-2201 |

*Attorneys for Movant Amicus Curiae,
Nestlé Waters North America Inc.*

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2
Notice of Interested Parties