Name and address:
Andrew J. Turner (D.C. Bar # 471179)
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>United States Forest Service, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:15-cv-02098-JGB-DTB<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Turner, Andrew J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-955-1658    202-778-2201
*Telephone Number*    *Fax Number*

aturner@hunton.com
*E-Mail Address*

of  Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Nestlé Waters North America Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Amicus Curiae

**and designating as Local Counsel**

Johnson, Robert M.
*Designee's Name (Last Name, First Name & Middle Initial)*

140935    213-532-2004    213-532-2020
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rjohnson@hunton.com
*E-Mail Address*

of  Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA  90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge