Andrew J. Turner (D.C. Bar # 471179)
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Center for Biological Diversity, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:15-cv-02098-JGB-DTB |
| v. | |
| United States Forest Service, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Turner, Andrew J.                                of     Hunton & Williams LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       2200 Pennsylvania Avenue, N.W.
202-955-1658          202-778-2201                       Washington, D.C.  20037
*Telephone Number*    *Fax Number*
aturner@hunton.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Nestlé Waters North America Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*   Amicus Curiae

**and designating as Local Counsel**

Johnson, Robert M.                               of     Hunton & Williams LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       550 South Hope Street, Suite 2000
140935              213-532-2004        213-532-2020        Los Angeles, CA  90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rjohnson@hunton.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: May 9, 2016**

_____
U.S. District Judge