Lisa T. Belenky (CA Bar No. 203225)
lbelenky@biologicaldiversity.org
Justin Augustine (CA Bar No. 235561)
jaugustine@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7107
Facsimile: (510) 844-7150

Attorneys for Plaintiff
Center for Biological Diversity

Rachel S. Doughty (CA Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW
1202 Oregon Street
Berkeley, CA 94702
Telephone: (828) 424-2005

Matt Kenna (CO Bar No. 22159)
matt@kenna.net
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
Telephone: (970) 385-6941
*Pro Hac Vice*

Douglas P. Carstens (CA Bar No. 193439)
dpc@cbcearthlaw.com
CHATTEN-BROWN & CARSTENS
2200 Pacific Coast Highway, Ste. 318
Hermosa Beach, CA 90254
Telephone: (310) 798-2400
Facsimile: (310) 798-2402

Attorneys for Plaintiffs Story of Stuff
and Courage Campaign

(additional counsel listed at end)

| | |
|---|---|
| 1 | **IN THE UNITED STATES DISTRICT COURT** |
| 2 | |
| 3 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA** |
| 4 | **EASTERN DIVISION** |

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Federal Defendants.

Civ. No. 5:15-cv-02098-JGB-DTB

**THE PARTIES' STIPULATION TO CONTINUE HEARING**

WHEREAS the Court recently continued the summary judgment hearing in this matter to May 23, 2016 (ECF No. 47);

WHEREAS both counsel for Story of Stuff and Courage Campaign are unavailable on May 23, 2016 (Matt Kenna, arguing counsel for Plaintiffs will be out of the country on that date and through June 2, 2016, and co-counsel Rachel Doughty for Plaintiffs Story of Stuff and Courage Campaign is 8 months pregnant and cannot travel), and arguing counsel for Federal Defendants is unavailable on June 6, 2016 (see Declaration (Fourth) of Rachel S. Doughty re Hearing Date, filed herewith);

THE PARTIES RESPECTFULLY STIPULATE AND REQUEST that the hearing currently set for May 23, 2016 be continued to June 13, 2016.  Plaintiffs do not request that the due date for their brief responding to the *amicus curiae* brief be extended, and will file it by May 19, 2016, as ordered by the Court. *See* ECF No. 47.

1   Respectfully submitted May 16, 2016.

/s/ Justin Augustine
Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7107
Facsimile: (510) 844-7150
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*

/s/ Rachel Doughty
Rachel Doughty (CA Bar No. 255904)
rdoughty@greenfirelaw.com
Greenfire Law
1202 Oregon Street
Berkeley, CA 94702
Telephone: (828) 424-2005
Facsimile: (510) 900-6262

/s/ Matt Kenna
Matt Kenna (CO Bar No. 22159)
matt@kenna.net
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 385-6941
Pro Hac Vice

*Attorneys for Plaintiffs Story of Stuff Project and Courage Campaign Institute*

JOHN C. CRUDEN
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

         */s/ Andrew A. Smith*
ANDREW A. SMITH (N.M Bar 8341)
Senior Trial Attorney
Natural Resources Section
c/o U.S. Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone:  (505) 224-1468
Facsimile:  (505) 346-7205
andrew.smith@usdoj.gov

DAVENÉ D. WALKER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305-0506
davene.walker@usdoj.gov

*Attorneys for Federal Defendants*

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Rachel S. Doughty

Rachel S. Doughty

**PROOF OF SERVICE**

All attorneys entitled to service of this document are registered with the Court's ECF system and have been served through that system on the date it was filed.

                         */s/Rachel Doughty*
                         Rachel Doughty