1  Lisa T. Belenky (CA Bar No. 203225)
2  lbelenky@biologicaldiversity.org
   Justin Augustine (CA Bar No. 235561)
3  jaugustine@biologicaldiversity.org
4   CENTER FOR BIOLOGICAL DIVERSITY
   1212 Broadway, Suite 800
5  Oakland, CA 94612
6  Telephone: (510) 844-7107
   Facsimile: (510) 844-7150
7
8  Attorneys for Plaintiff
   Center for Biological Diversity
9

10 Rachel S. Doughty (CA Bar No. 255904)
11 rdoughty@greenfirelaw.com
   GREENFIRE LAW
12 1202 Oregon Street
13 Berkeley, CA 94702
   Telephone: (828) 424-2005
14

15 Matt Kenna (CO Bar No. 22159)
   matt@kenna.net
16 Public Interest Environmental Law
17 679 E. 2nd Ave., Suite 11B
   Durango, CO  81301
18 Telephone: (970) 385-6941
19 *Pro Hac Vice*

20
   Douglas P. Carstens (CA Bar No. 193439)
21 dpc@cbcearthlaw.com
22 CHATTEN-BROWN & CARSTENS
   2200 Pacific Coast Highway, Ste. 318
23 Hermosa Beach, CA 90254
24 Telephone: (310) 798-2400
   Facsimile: (310) 798-2402
25
26 Attorneys for Plaintiffs Story of Stuff
27 and Courage Campaign

28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　Federal Defendants. | Civ. No. 5:15-cv-02098-JGB-DTB<br><br>**ORDER ON<br>THE PARTIES' STIPULATION<br>TO EXTEND HEARING DATE** |

Pursuant to the Parties' Stipulation and good cause shown, the hearing currently set for May 23, 2016 on the Parties' cross-motion for summary judgment shall be extended to June 13, 2016 at 9:00 a.m. The Plaintiffs' response to the *amicus curiae* brief filed by Nestlé Waters North America, Inc. remains due on May 19, 2016.

IT IS SO ORDERED.

Dated: May 19, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　United States District Judge

Approved as to form:

　　*/s/ Andrew A. Smith*
_____

ORDER ON STIPULATION TO EXTEND HEARING DATE
Civ. No. 5:15-cv-02098-JGB-DTB

Andrew A. Smith
United States Department of Justice
*For Federal Defendants*

       */s/ Lisa T. Belenky*
Lisa T. Belenky
Center for Biological Diversity
*For Plaintiff Center for Biological Diversity*

       */s/ Rachel Doughty*
Rachel Doughty
Greenfire Law
*For Plaintiffs Story of Stuff Project
and Courage Campaign Institute*

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                     /s/Rachel S. Doughty
                                                     Rachel S. Doughty

1 **PROOF OF SERVICE**

All attorneys entitled to service of this document are registered with the Court's ECF system and have been served through that system on the date it was filed.

                                             */s/Rachel Doughty*
                                             Rachel Doughty