UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE ET AL., <br><br> Defendants. | Case No. EDCV 15-2098 JGB (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, it is ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED.  This action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

    IT IS SO ORDERED.

Dated: September 21, 2016

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge