Lisa T. Belenky (CA Bar No. 203225)
lbelenky@biologicaldiversity.org
Justin Augustine (CA Bar No. 235561)
jaugustine@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone:  (510) 844-7107
Facsimile: (510) 844-7150

*Attorneys for Plaintiff*
*Center for Biological Diversity*

Rachel S. Doughty (CA Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, P.C.
2550 9th Street, Ste. 204B
Berkeley, CA 94710
Telephone: (828) 424-2005

Matt Kenna (CO Bar No. 22159)
matt@kenna.net
PUBLIC INTEREST ENVIRONMENTAL LAW
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
Telephone: (970) 749-9149
*Pro Hac Vice*

Douglas P. Carstens (CA Bar No. 193439)
dpc@cbcearthlaw.com
CHATTEN-BROWN & CARSTENS
2200 Pacific Coast Highway, Ste. 318
Hermosa Beach, CA 90254
Telephone: (310) 798-2400
Facsimile: (310) 798-2402

*Attorneys for Plaintiffs Story of Stuff*
*and Courage Campaign*

Notice of Motion and Motion to Vacate as Moot
5:15−cv−02098−JGB−DTB

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>        Defendants. | Case No. 5:15−cv−02098−JGB−DTB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND  MOTION TO VACATE THE COURT'S SEPTEMBER 20, 2016 ORDER AND SEPTEMBER 21, 2016 JUDGMENT**<br><br>DATE:            October 22, 2018<br>TIME:                9:00 a.m.<br>COURTROOM: 1<br>ACTION FILED: October 13, 2015 |

Notice of Motion and Motion to Vacate as Moot
5:15−cv−02098−JGB−DTB

NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR ATTORNEYS:

NOTICE IS HEREBY GIVEN that on October 22, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom #1 of the United States District Court, Central District of California, 3470 Twelfth Street, Riverside, California plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, STORY OF STUFF PROJECT, and COURAGE CAMPAIGN, by and through counsel, will and hereby do move to vacate the order judgment in the above captioned matter as moot.

Plaintiffs respectfully submit that because the Defendants' actions have caused the merits of the order and judgment to be moot and unreviewable on appeal, it is in the interests of justice to vacate the order and judgement. Accordingly, Plaintiffs respectfully request that this Court enter an order that declares that the September 20, 2016 Order (Doc. 61) and September 21, 2016 Judgment (Doc. 62) are vacated as moot.

This motion is based upon this notice of motion and motion, the attached Memorandum in Support of Motion to Vacate and the exhibits thereto, and any other relevant matter to be considered by the Court.

This motion is made after the conference of counsel required pursuant to Local Rule 7-3, on September 5, 2018.  Plaintiffs understand that Defendants take no position on this motion at this time.

Respectfully submitted,

September 6, 2018

/s/Lisa T. Belenky
Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)

Ps' Notice of Motion and Motion to Vacate as Moot                                        1
5:15−cv−02098−JGB−DTB

CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7107
Facsimile: (510) 844-7150
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*


/s/Matt Kenna
Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
(970) 749-9149
matt@kenna.net
*Pro Hac Vice*


/s/Rachel Doughty
Rachel Doughty (CA Bar No. 255904)
GREENFIRE LAW, PC
2550 9th Street, Ste. 204B
Berkeley, CA 94710
Telephone: (828) 424-2005
rdoughty@greenfirelaw.com


/s/Douglas P. Carstens
Douglas P. Carstens
(CA Bar No. 193439)
dpc@cbcearthlaw.com
CHATTEN-BROWN & CARSTENS
2200 Pacific Coast Highway, Ste. 318
Hermosa Beach, CA 90254
Telephone: (310) 798-2400
Facsimile: (310) 798-2402

*Attorneys for Plaintiffs Story of Stuff Project and Courage Campaign Institute*

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Lisa Belenky
Lisa Belenky