No. 16-56717

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

Plaintiffs-Appellants

v.

UNITED STATES FOREST SERVICE, *et al.*,

Defendants-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
No. 5:15-cv-02098-JGB-DTB

**STIPULATED SETTLEMENT AGREEMENT**

The Parties to this action, Plaintiffs-Appellants Center For Biological Diversity, Story of Stuff Project, and Courage Campaign Institute (collectively, "CBD"), and Defendants-Appellees United States Forest Service, Randy Moore, in his official capacity as Pacific Southwest Regional Forester, and Jody Noiron, in her official capacity as Forest Supervisor for the San Bernardino National Forest (collectively "Forest Service"), by and through their undersigned counsel of record, hereby agree to the following Stipulated Agreement in order to resolve this action and avoid further litigation.

WHEREAS, CBD initiated this action against the Forest Service on October 13, 2015;

WHEREAS, CBD's sole claim challenges whether the Forest Service unlawfully allowed the operation by Nestlé and its predecessors of water diversion and transmission facilities without a valid Special Use Authorization in and near the west fork of the Strawberry Creek in the San Bernardino National Forest, in violation of the Federal Land Policy and Management Act of 1976, 43 U.S.C. Chapter 35, which authorizes the Secretary of Agriculture to grant rights-of-way over, upon, under and through National Forest System lands for "reservoirs, canals, ditches, flumes, laterals, pipes, pipelines, tunnels, and other facilities and systems for the impoundment, storage, transportation, or distribution of water," 43 U.S.C. § 1761(a)(1);

WHEREAS, on September 20, 2016, the District Court ruled in favor of the Forest Service on CBD's claim, finding that Nestlé was operating under a valid Special Use Authorization, and on September 21, 2016, the District Court entered a Final Judgment;

WHEREAS, on November 17, 2016, CBD filed a Notice of Appeal to the Ninth Circuit Court of Appeals;

WHEREAS, the Parties, by and through their authorized representatives, and without any admission of the issues of fact or law with respect to CBD's claim, have reached a settlement that they consider to be a lawful resolution of CBD's claim;

THEREFORE, CBD and the Forest Service stipulate and agree to the following:

National Environmental Policy Act Schedule

1.    For Nestlé's pending request for a Special Use Authorization for its facilities and activities occupying lands of the San Bernardino National Forest, the Forest Service will prepare and complete an environmental impact statement or environmental assessment, or determine that a categorical exclusion applies, pursuant to the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.*, and its implementing regulations. Within 30 days of the execution of this Stipulated Agreement, the Forest Service will issue a decision either granting or denying the Special Use Authorization.

2.    The Forest Service shall provide written notice and a copy of the decision granting or denying the Special Use Authorization to CBD's counsel by email or overnight delivery at:

    a.    Rachel Doughty, Greenfire Law, PC, 2550 9th Street, Ste. 204B, Berkeley, CA 94710 (rdoughty@greenfirelaw.com); and

    b.    Lisa Belenky, Center for Biological Diversity, 1212 Broadway, Suite 800, Oakland, CA 94612 (lbelenky@biologicaldiversity.org).

3.    Force Majeure. The Parties understand that notwithstanding the Forest Service's effort to comply with the commitments contained in paragraph 1 of this Stipulated Agreement, events beyond its control may prevent or delay such

compliance. Such events may include unavoidable legal barriers or restraints, including those arising from actions of persons or entities that are not party to this Stipulated Agreement. Force majeure shall not continue beyond the circumstances and conditions that prevent timely performance, and shall not apply if alternative means of compliance are available.

### Dismissal of Action

4. Within 14 days of the Forest Service notifying CBD's counsel as contemplated in paragraph 2 of this Stipulated Agreement of the issuance of a decision either granting or denying the Special Use Authorization contemplated in the second sentence of paragraph 1 of this Stipulated Agreement, CBD shall voluntarily dismiss the above-captioned appeal. The Parties agree that a new Forest Service decision on the pending request for a Special Use Authorization would moot the above-captioned appeal. Dismissal shall be with prejudice. The Forest Service understands that CBD then intends to file a motion with the district court requesting the vacatur of its September, 20, 2016 order on mootness grounds.

5. The Parties agree to provide written notice of any dispute as to compliance with this Stipulated Agreement to the other Party prior to seeking relief from the Ninth Circuit Court of Appeals, and to make a good-faith effort to resolve the dispute informally.

### Attorneys' Fees and Costs

6. The Parties agree that CBD and the Forest Service shall each bear their own attorneys' fees, costs, and expenses for the above-captioned appeal up to the effective date of the Stipulated Agreement, and for all prior proceedings in the district court. The Parties further agree that no Party may seek reimbursement or an award of attorneys' fees, costs, or expenses for the enforcement of this Stipulated Agreement, or for time spent in connection with implementation of this Stipulated Agreement.

7. In the event that this Stipulated Agreement is not fully implemented and CBD elects to pursue an appeal, CBD does not waive any claims for attorneys' fees and costs in any future litigation or continuation of the present action. In any future litigation or continuation of the present action, the Forest Service does not waive any defense to fees claimed by CBD or CBD's counsel, including defenses to entitlement and the amount of fees claimed.

## Preclusion

8. The Parties agree that nothing in this dismissal shall limit any of the Plaintiffs-Appellants' rights to challenge any future actions or decisions by the Forest Service regarding the Special Use Authorization requested by Nestlé, or any other Special Use Authorization, including but not limited to any Special Use Authorization issued by the Forest Service, any environmental review conducted by the Forest Service, any Endangered Species Act consultation or lack thereof by the Forest Service, or any future biological opinions or concurrences issued by the United States Fish and Wildlife Service or the National Marine Fisheries Service to the Forest

Service related to the Special Use Authorization requested by Nestlé or any other Special Use Authorization. Any such challenge(s) will be brought through a new lawsuit following exhaustion of any available administrative remedies.

## Additional Terms

9. Effective Date. This Stipulated Agreement shall be deemed fully executed and effective when it has been signed by undersigned counsel of record for the Parties.

10. No Admission of Liability. This Stipulated Agreement represents a compromise of disputes and does not represent an admission by any party to any fact, claim, or defense in any issue in this lawsuit. This Stipulated Agreement has no precedential value and its contents shall not be used as evidence in this or any litigation.

11. Entire Agreement. This Stipulated Agreement sets forth the entire Stipulated Agreement of the Parties for the settlement of CBD's appeal in the above-captioned case, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulated Agreement, are fully and completely extinguished and superseded by this Stipulated Agreement. No modification of this Stipulated Agreement shall be valid unless expressly consented to in writing by all Parties.

12. Federal Law. This Stipulated Agreement shall be governed by and construed under federal law.

13. Anti-Deficiency Act. No provision in this Stipulated Agreement shall be interpreted as a commitment or requirement that the Forest Service obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

14. Authority to Enter Agreement. The undersigned representatives of the Parties certify that they are fully authorized by the Party or Parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the parties to this Stipulated Agreement.

15. Execution in Counterparts. This Stipulated Agreement may be executed in one or more counterparts, each of which shall constitute an original, and all of which, taken together, shall constitute one and the same instrument. A signature by any Party received via .pdf file or facsimile shall be treated as an original signature binding that Party to this Stipulated Agreement.

**IN WITNESS WHEREOF**, the Parties enter into this Stipulated Agreement.

DATED: 6/1/2018

*Counsel for Plaintiff-Appellant*
*Center for Biological Diversity*

LISA T. BELENKY
Senior Attorney, Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7107
lbelenky@biologicaldiversity.org

DATED: 6/4/2018

*Counsel for Plaintiffs-Appellants*
*Story of Stuff Project and*
*Courage Campaign Institute*

MATT KENNA
Attorney, Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 749-9149
matt@kenna.net

DATED: 6/5/18

*Counsel for Plaintiffs-Appellants*
*Story of Stuff Project and*
*Courage Campaign Institute*

RACHEL DOUGHTY
Attorney, Greenfire Law, PC
2550 9th Street, Ste. 204B
Berkeley, CA 94710
(828) 424.2005
rdoughty@greenfirelaw.com

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

DATED: 6/6/2018

*Counsel for Defendants-Appellees*

AVI KUPFER
Attorney, Appellate Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7415
Washington, D.C. 20044
(202) 514-3977
avi.kupfer@usdoj.gov