Lisa T. Belenky (CA Bar No. 203225)
lbelenky@biologicaldiversity.org
Justin Augustine (CA Bar No. 235561)
jaugustine@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone:  (510) 844-7107
Facsimile: (510) 844-7150

*Attorneys for Plaintiff*
*Center for Biological Diversity*

Rachel S. Doughty (CA Bar No. 255904)
rdoughty@greenfirelaw.com
GREENFIRE LAW, P.C.
2550 9th Street, Ste. 204B
Berkeley, CA 94710
Telephone: (828) 424-2005

Matt Kenna (CO Bar No. 22159)
matt@kenna.net
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
Telephone: (970) 385-6941
Applicant *Pro Hac Vice*

Douglas P. Carstens (CA Bar No. 193439)
dpc@cbcearthlaw.com
CHATTEN-BROWN & CARSTENS
2200 Pacific Coast Highway, Ste. 318
Hermosa Beach, CA 90254
Telephone: (310) 798-2400
Facsimile: (310) 798-2402

*Attorneys for Plaintiffs Story of Stuff*
*and Courage Campaign*

[PROPOSED] ORDER GRANTING PLTFS' MOT. TO VACATE
5:15−cv−02098−JGB−DTB

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | Case No. 5:15−cv−02098−JGB-DTB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO VACATE THE COURT'S SEPTEMBER 20, 2016 ORDER AND SEPTEMBER 21, 2016 JUDGMENT** <br><br> DATE:  October 22, 2018 <br> TIME:  9:00 a.m. <br> COURTROOM: 1 <br> ACTION FILED: October 13, 2015 |

[PROPOSED] ORDER GRANTING PLTFS' MOT. TO VACATE
5:15−cv−02098−JGB−DTB

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO VACATE THE COURT'S SEPTEMBER 20, 2016 ORDER AND SEPTEMBER 21, 2016 JUDGMENT

In consideration of Plaintiffs' motion to vacate, the memorandum of points and authorities, and the exhibits filed in support of the motion, the Court finds that because the Defendants' actions have caused the merits of the order and judgment to be moot and unreviewable on appeal, it is in the interests of justice to vacate the September 20, 2016 Order (Doc. 61) and September 21, 2016 Judgment (Doc. 62). Accordingly, Plaintiffs' motion is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the September 20, 2016 Order (Doc. 61) and September 21, 2016 Judgment (Doc. 62) are vacated as moot.

**IT IS SO ORDERED.**

Date: _____

                              HON. JESUS G. BERNAL
                              UNITED STATES DISTRICT JUDGE